THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Marion William
 Benton, Appellant.
 
 
 

Appeal From Sumter County
Thomas W. Cooper, Jr., Circuit Court Judge
Unpublished Opinion No.  2008-UP-023
Submitted January 2, 2008  Filed January
 10, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Cecil Kelly Jackson,
 of Aiken, for Respondent.
 
 
 

PER CURIAM: Marion
 William Benton appeals his conviction for assault with intent to commit
 criminal sexual conduct in the first degree, arguing the trial court erred in
 admitting DNA evidence regarding the presence of his blood on Victims clothing
 because the chain of custody for her clothing was not properly established. After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HUFF AND PIEPER, JJ., AND GOOLSBY, A.J., CONCUR.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.